UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRABHJOT SINGH,
A- 243-103-366

            Petitioner,

     v.

TONYA ANDREWS, et. al.,

            Respondents.

No.  1:26-cv-01358-DC-DMC-HC


ORDER

And

FINDINGS AND RECOMMENDATIONS

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order. See ECF Nos. 2 and 3. Pending before the Court is Respondents unopposed motion to dismiss all Respondents except Petitioner's immediate custodian, the warden of the detention facility. See ECF No. 8. Petitioner filed a statement of non-opposition to the motion to dismiss all other Respondents, ECF No. 13.

In light of Petitioner's non-opposition, the undersigned will recommend granting the motion to dismiss all Respondents except Tonya Andrews, Administrator of the Golden State Annex Detention Facility. The District Judge granted the motion for temporary restraining order, ordering Petitioner's immediate release, and converted the temporary restraining order to a preliminary injunction on the same terms.  See ECF No. 10. Respondents filed a notice of

1

compliance, ECF No. 12. The undersigned will therefore direct parties to complete briefing on the merits.

Based on the foregoing, the undersigned orders and recommends that:

1.     IT IS ORDERED that Respondents are directed to file a response or motion to dismiss within 60 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

2.     IT IS ORDERED that Petitioner's reply or opposition, if any, is due on or before 30 days from the date Respondent's response is filed.

1.     IT IS RECOMMENDED that Respondents' unopposed motion to dismiss Respondents, ECF No. 8,  be GRANTED;

2.     IT IS RECOMMENDED that the Clerk of the Court be directed to terminate all Respondents except Tonya Andrews, Administrator of the Golden State Annex Detention Facility.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 18, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2