UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRABHJOT SINGH,<br>A- 243-103-366 | No.  1:26-cv-01358-DC-DMC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS |
| TONYA ANDREWS, | (ECF Nos. 8, 14) |
| Respondent. | |

Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 19, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and contained notice that the parties may file objections within the time specified therein. See ECF No. 14.  No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

/////

/////

1

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 19, 2026, ECF No. 14, are ADOPTED;

2. Respondents' unopposed motion to dismiss all Respondents except Tonya Andrews, Administrator of the Golden State Annex Detention Facility, ECF No. 8, is GRANTED; and

3. The Clerk of the Court is directed to terminate all Respondents except Tonya Andrews, Administrator of the Golden State Annex Detention Facility.

IT IS SO ORDERED.

Dated:   **June 12, 2026**   _____

Dena Coggins
United States District Judge

2