UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRABHJOT SINGH (A-243-103-366),<br>Petitioner,<br>v.<br>TONYA ANDREWS, et al.,<br>Respondents. | No. 1:26-cv-01358-DC-ICD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Petitioner, while an immigration detainee, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 17.) On October 12, 2026, Respondents filed untimely objections to the magistrate judge's recommendation that the conditions of the temporary restraining order previously granted be made permanent because, Respondents assert, no controlling law requires that Petitioner be provided with prior notice or a hearing before he is subjected to restraints on his liberty. (Doc. No. 19.) However, those arguments were already addressed by the magistrate judge and the undersigned in this case. (*See* Doc. Nos. 10, 17.) Thus, Respondents' objections provide no basis upon which to reject the

findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 29, 2026 (Doc. No. 17), are ADOPTED;
2. The petition for writ of habeas corpus (Doc. No. 2) is GRANTED;
3. The injunctive relief set forth in this court's prior order (Doc. No. 10) is made permanent; and
4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dena Coggins
United States District Judge